MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Laurie Randall Smith

Chapter 7 Case No. 08-40848

Please Check One:

_____ Unclaimed Dividends

___✓___ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank<br>Attn: Tonette Hill<br>200 S. Sixth Street<br>EP-MN-L22F<br>Minneapolis, MN 55402 | 9 | 600.00 | 4.28 |

Dated: March 7, 2011

Randall L. Seaver, Trustee

RECEIVED 11 MAR -8 AM 9:23 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Smith, L\Unclaimed Dividends Distribution Less than $5.wpd